# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FRANCENE LORRAINE TRUJILLO,

    Plaintiff,

v.                                                                          CV No. 20-167 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 34), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision*, (Doc. 26), shall be **GRANTED**. This case is therefore **REMANDED** to the Commissioner for further proceedings consistent with the Court's Opinion.

    **IT IS SO ORDERED**.

                                                       THE HONORABLE CARMEN E. GARZA
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE